No. 02–889. CRUMP v. UNITED STATES ET AL., 538 U. S. 922; and

No. 02–8084. JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1206. Motions for leave to file petitions for rehearing denied.

JUNE 17, 2003

No. 02–6980. STOKES, AKA MUHAMMED v. UNITED STATES PAROLE COMMISSION. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–11122 (02A1047). MARTIN v. MITCHELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.